## SEPTEMBER TERM, 1881. 297

Tarver & Brother *vs.* Plant & Son—Zachry *vs.* Brown *et al.*; etc.

## TARVER & BROTHER *vs.* PLANT & SON.

The judgment of the court below being unquestionably right, and no reasonable ground for excepting appearing, in the absence of any appearance for plaintiff in error, on motion of counsel for defendant in error, the record will be opened and damages awarded for bringing the case to this court for delay only.

SPEER, Justice.

## ZACHRY *vs.* BROWN *et al.*

There being no shadow of merit in the grounds of illegality in this case, nor in the exception to its being overruled, ten per cent. damages are awarded against the plaintiff in error.

SPEER, Justice.

## NORFLEET & JORDAN *vs.* CLARY.

1. The evidence is unsatisfactorily sent up in this case, but from the record before us we are not satisfied with the trial below.
2. The evidence for the plaintiff in this case is not sufficiently explicit to sustain the finding.

CRAWFORD, Justice.

## CHAPMAN *vs.* HAND *et al.*

1. A non-suit should have been granted in this case.
2. The verdict is not supported by the evidence.

CRAWFORD, Justice.